EUGENE G. IREDALE: SBN 75292
JULIA YOO:  SBN 231163
GRACE JUN, SBN 287973
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525   FAX: (619) 233-3221

Attorneys for Plaintiff JESUS FLORES

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS FLORES,<br><br>         Plaintiff,<br><br>v.<br><br>DARREN PIERSON, NATIONAL CITY, and DOES 1-6,<br><br>         Defendants. | CASE NO. 15cv1463-W-DHB<br><br>**NOTICE OF SETTLEMENT** |

   Plaintiff Jesus Flores, by and through his attorney, Iredale and Yoo, APC, and Defendant Darren Pierson and National City, by and through their attorney, Daley and Heft, LLP provide this notice that the case has been settled by all parties. Under the terms of the settlement agreement, Plaintiff will move to dismiss this action with prejudice as to all defendants upon receipt of the settlement amount.                    Respectfully submitted,


DATED January 13, 2017         IREDALE & YOO, APC

                               *s/ Eugene Iredale*
                               EUGENE IREDALE

|   |   |
|---|---|
|   | JULIA YOO |
|   | GRACE JUN |
|   | Attorneys for Plaintiffs |
|   |   |
| DATED January 13, 2017 | DALEY & HEFT, LLP |
|   |   |
|   | /s Mitchell D. Dean |
|   | MITCHELL D. DEAN |
|   | HEATHER E. PARADIS |
|   | Attorneys for Defendants |

## CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to Mitchell D. Dean, counsel for Defendants, and that I have obtained his authorization to affix his electronic signature to this document.

DATED: January 13, 2017          *s/ Eugene Iredale*
                                 Eugene Iredale