EUGENE G. IREDALE: SBN 75292
JULIA YOO:  SBN 231163
GRACE JUN, SBN 287973
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525   FAX: (619) 233-3221

Attorneys for Plaintiff JESUS FLORES

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS FLORES,<br><br>          Plaintiff,<br><br>v.<br><br>DARREN PIERSON, NATIONAL CITY, and DOES 1-6,<br><br>          Defendants. | CASE NO. 15cv1463-W-DHB<br><br>**JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

COME NOW the parties to this case, Plaintiff Jesus Flores, by and through his attorneys, Iredale and Yoo, APC, and Defendants Darren Pierson and National City, by and through their attorneys, Daley and Heft, LLP, to state as follows:

The parties have reached a settlement of this case.  Thus, the parties, by and through their respective attorneys, request the Court to dismiss the entire action, including all claims against all named Defendants, with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2) with each party to bear his own costs.

Respectfully submitted,

DATED March 3, 2017                IREDALE & YOO, APC

*s/ Eugene Iredale*
EUGENE IREDALE
JULIA YOO
Attorneys for Plaintiffs

DATED March 3, 2017                DALEY & HEFT, LLP

/s Mitchell D. Dean
MITCHELL D. DEAN
HEATHER E. PARADIS
AUTUMN MOODY
Attorneys for Defendants

## CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to Mitchell D. Dean, counsel for Defendants, and that I have obtained his authorization to affix his electronic signature to this document.

DATED: March 3, 2017        *s/ Eugene Iredale*
Eugene Iredale