# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS FLORES, <br><br> Plaintiff, <br><br> v. <br><br> DARREN PIERSON, et al., <br><br> Defendant. | Case No.: 15-CV-1463 W (DHB) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 44]** |

Pending before the Court is a joint motion to dismiss this action with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 44] and **DISMISSES** this case **WITH PREJUDICE**. In light of the dismissal, all other pending motions [Doc. 21] are terminated.

**IT IS SO ORDERED**.

Dated: March 8, 2017

Hon. Thomas J. Whelan
United States District Judge